```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 28544
    ANDREA F DAVIS
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-2888


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/02/2004 and was confirmed 10/26/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
ARONSON FURNITURE         SECURED NOT I NOT FILED           .00           .00
ARONSON FURNITURE         UNSECURED     NOT FILED           .00           .00
CENTRAL FURNITURE         SECURED NOT I NOT FILED           .00           .00
CENTRAL FURNITURE         UNSECURED     NOT FILED           .00           .00
NEW AGE CHICAGO FURNITUR  SECURED NOT I NOT FILED           .00           .00
NEW AGE CHICAGO FURNITUR  UNSECURED     NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~    SECURED NOT I NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~    UNSECURED     NOT FILED           .00           .00
BALABAN FURNITURE         SECURED        2500.00         345.18       1307.69
CENTRIX RESOURCE SYSTEMS  SECURED       14000.00        1933.14       7323.02
INTERNAL REVENUE SERVICE  SECURED NOT I NOT FILED           .00           .00
AMERICAN GENERAL FINANCE  NOTICE ONLY   NOT FILED           .00           .00
AMERICREDIT FINANCIAL SE  UNSECURED     NOT FILED           .00           .00
AMERITECH                 UNSECURED     NOT FILED           .00           .00
MONEY CONTROL INC         NOTICE ONLY   NOT FILED           .00           .00
AT&T CONSUMER LONG DISTA  UNSECURED     NOT FILED           .00           .00
NATIONWIDE CREDIT CO      NOTICE ONLY   NOT FILED           .00           .00
BALLYS TOTAL FITNESS      UNSECURED     NOT FILED           .00           .00
BLAIR CREDIT SERVICES     UNSECURED     NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED     NOT FILED           .00           .00
CAR TOWN INC              UNSECURED     NOT FILED           .00           .00
AT & T WIRELESS           UNSECURED       445.62            .00           .00
HARRIS & HARRIS           NOTICE ONLY   NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED     NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED     NOT FILED           .00           .00
FCNB                      UNSECURED     NOT FILED           .00           .00
FIRST NATIONAL BANK OF M  UNSECURED     NOT FILED           .00           .00
FNB                       NOTICE ONLY   NOT FILED           .00           .00
J C PENNEY                UNSECURED     NOT FILED           .00           .00
KMART                     UNSECURED     NOT FILED           .00           .00
KIMBALL HILL MANAGEMENT   UNSECURED     NOT FILED           .00           .00
PAYDAY LOAN CORP          UNSECURED     NOT FILED           .00           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28544 ANDREA F DAVIS
```

```
RNB MARSHALL FIELDS        NOTICE ONLY   NOT FILED              .00          .00
RUSH EMERGENCY SERVICES    UNSECURED     NOT FILED              .00          .00
MEDICAL BUSINESS BUREAU    NOTICE ONLY   NOT FILED              .00          .00
ILLINOIS COLLECTION SERV   UNSECURED     NOT FILED              .00          .00
SPRINT                     UNSECURED     NOT FILED              .00          .00
PROFESSIONAL CREDIT SERV   NOTICE ONLY   NOT FILED              .00          .00
SWISS COLONY               UNSECURED     NOT FILED              .00          .00
HELLER & FRISONE           UNSECURED     NOT FILED              .00          .00
UNITED COLLECTION BUREAU   UNSECURED     NOT FILED              .00          .00
UNITED CREDIT NATL BANK    UNSECURED     NOT FILED              .00          .00
GENESIS FINANCIAL SOLUTI   NOTICE ONLY   NOT FILED              .00          .00
UNIVERSITY PATHOLOGISTS    UNSECURED     NOT FILED              .00          .00
UNITED COLLECTION          NOTICE ONLY   NOT FILED              .00          .00
INO VISION                 UNSECURED     NOT FILED              .00          .00
WFNNB/CHADWICKS OF BOSTO   UNSECURED     NOT FILED              .00          .00
ASSET ACCEPTANCE CORP      NOTICE ONLY   NOT FILED              .00          .00
BALABAN FURNITURE          UNSECURED      3005.12               .00          .00
MARCUS PERRES & ASSOC      NOTICE ONLY   NOT FILED              .00          .00
CENTRIX RESOURCE SYSTEMS   UNSECURED      1651.05               .00          .00
CENTRX                     NOTICE ONLY   NOT FILED              .00          .00
AMERICASH                  UNSECURED     NOT FILED              .00          .00
CAPITAL ONE BANK           FILED LATE     789.25                .00          .00
AT & T WIRELESS            UNSECURED      758.57                .00          .00
CITY OF CHICAGO REVENUE    UNSECURED      490.00                .00          .00
RJM AQUISITIONS FUNDING    UNSECURED      804.40                .00          .00
AXSYS NATIONAL BANK        NOTICE ONLY   NOT FILED              .00          .00
RJM ACQUISITIONS LLC       NOTICE ONLY   NOT FILED              .00          .00
PREMIER BANCARD CHARTER    UNSECURED      619.14                .00          .00
PREMIER BANCARD CHARTER    NOTICE ONLY   NOT FILED              .00          .00
PATHOLOGY ASSOC OF CHICA   UNSECURED     NOT FILED              .00          .00
PAYDAY LOAN                UNSECURED     NOT FILED              .00          .00
PAYDAY LOAN                UNSECURED     NOT FILED              .00          .00
RUSH EMERGENCY SERVICES    UNSECURED     NOT FILED              .00          .00
SPRINT                     UNSECURED     NOT FILED              .00          .00
SOCIAL SECURITY ADMIN C    UNSECURED     NOT FILED              .00          .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    2,694.00                     2,694.00
TOM VAUGHN                 TRUSTEE                                       759.47
DEBTOR REFUND              REFUND                                           .00
```

Summary of Receipts and Disbursements:

```
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 14,362.50

PRIORITY                                         .00
SECURED                                     8,630.71
     INTEREST                               2,278.32
UNSECURED                                        .00
```

PAGE  2 – CONTINUED ON NEXT PAGE
CASE NO. 04 B 28544 ANDREA F DAVIS

```
ADMINISTRATIVE                                          2,694.00
TRUSTEE COMPENSATION                                      759.47
DEBTOR REFUND                                                .00
                       ---------------     ---------------
TOTALS                      14,362.50          14,362.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 02/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```